454 A.2d 179

Commonwealth v. Shack, Appellant.
Petition for Allowance of Appeal
Denied May 19, 1983.

Argued January 5, 1981. Nicholas Guarente, Assist-

ant Public Defender, for appellant; David E. Fritchey, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.